**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JEDIDIAH KILBORN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:26-cv-3572 JLT GSA<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 11, 13) |

Matthew Jedidiah Kilborn and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 13.) Pursuant to the stipulation, an administrative law judge shall "further evaluate the claimant's alleged symptoms and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms." (*Id.* at 1, citing 20 C.F.R. §§ 404.1529, 416.929; Social Security Ruling 16-3p.) In addition, the parties agree that the ALJ shall "offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision." (*Id.* at 1-2.) Finally, the parties stipulate that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 11) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Matthew Jedidiah Kilborn and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _August 17, 2026_

UNITED STATES DISTRICT JUDGE